JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

RICHARD CRITCHLOW, Esq./ Sate Bar #37421
ROBERT DISKINT, Esq./ State Bar #88232
CRITCHLOW & DISKINT, LLP
100 Drakes Landing Road, Suite 305
Greenbrae, CA 94904
Telephone: (415) 925-1000
Facsimile: (415) 925-0444

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO GARCIA, JR, individually, and as Personal Representative of the Estate of Ramiro Garcia; R.G., a minor, by and through her Guardian Ad Litem, Corina Torrez; RUBEN GARCIA; and ALICIA GARCIA, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF STANISLAUS, a municipal corporation; ADAM CHRISTIANSON, in his capacity as Sheriff for the COUNTY OF STANISLAUS; M. FISHER, individually and in his capacity as a deputy sheriff for the COUNTY OF STANISLAUS; S. WATSON, individually, and in his capacity as a deputy sheriff for the COUNTY OF STANISLAUS; T. SCHWARTZ, individually and his capacity as a deputy sheriff for the COUNTY OF STANISLAUS; T. SILCOX, individually, and in his capacity as a deputy sheriff for the COUNTY OF STANISLAUS; and DOES 1-25, inclusive, <br><br> Defendants. <br> _____/ | Case No. 2-07-cv-01541 LKK KJM <br><br> **MOTION AND ORDER TRANSFERRING VENUE TO FRESNO COURTHOUSE** <br><br> 1:07-cv-1376 LJO SMS |

## MOTION

Local Rule 3-120(d) provides that any action arising in Stanislaus County shall be commenced in the United States District Courthouse sitting in Fresno. The instant matter was erroneously filed in the United States District Courthouse sitting in Sacramento. The events giving rise to the instant matter occurred in the City of Patterson, located in Stanislaus County. Plaintiffs therefore request that the Court transfer this matter pursuant to Local Rule 3-120(f) to the United States District Courthouse sitting in Fresno.

Respectfully submitted,

Dated: September 14, 2007

**The Law Offices of John L. Burris**

/s/ John L. Burris
John L. Burris, Esq.
Attorney for Plaintiffs

## (Proposed) ORDER

Pursuant to Plaintiffs' motion and Local Rules 3-120(d) and (f), the Court hereby orders that the instant matter, which arose in the County of Stanislaus, be transferred to the United States District Courthouse sitting in Fresno.

Dated: September 18, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT